UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **JOSEPH TURNER,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 6:22-CV-00030 |
| § | |
| **NATHAN BESLER, RICK BOONE,** § | |
| **KELLY JANICA, PAM GUENTHER,** § | |
| **JAMES OMENISK, DERRICK BERMA,** § | |
| **and ANDY LOUDERBACK** § | |
| § | |
| **Defendants.** § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the October 14, 2022, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Mitchel Neurock. (Dkt. No. 10). Magistrate Judge Neurock made findings and conclusions and recommended that, pursuant to the screening requirement of the Prison Litigation Reform Act, Plaintiff's Complaint be dismissed with prejudice. (*Id.*).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Neurock's M&R, (Dkt. No. 10), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2)  Plaintiff's Complaint, (Dkt. No. 1), is **DISMISSED WITH PREJUDICE.**

It is SO ORDERED.

Signed on April 17, 2023.

*Drew B. Tipton*
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**